Probation Form No. 35

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 1 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

v.                                            Crim. No. 4:06CR00362-002 JLH

DANIELLE REEL

  On March 23, 2007, the above-named individual was sentenced for the offense of bank larceny to a probation term of 36 months. In addition, the following special conditions were ordered: mandatory drug testing, financial disclosure, no new lines of credit without approval, 100 hours community service, no employment with an institution insured by the FDIC or Federal Credit Union, $9,864.24 restitution and a $100 special penalty assessment.

Ms. Reel's supervision began on March 23, 2007. She paid her special penalty assessment on April 17, 2007, her restitution in full on May 22, 2007, and she completed her community service on March 22, 2008. Ms. Reel has maintained employment and a stable residence since the commencement of her supervision. She has not had any violations and has been compliant with all conditions imposed. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Her criminal history does not include any history of violence.

Ms. Reel meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. § 3564(c). Additionally, she has completed at least one year of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

Respectfully submitted,

_____
Brent J. Young
U.S. Probation Officer

Agree: _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this _____ day of _____, 2009.

_____
Honorable J. Leon Holmes
Chief United States District Judge